of Appeals for the Sixth Circuit denied. *Solicitor General Fahy* for the United States. *Mr. Charles E. Marshall* for respondent.

Nos. 358 and 359. MINNESOTA *v.* TRUSTEES OF HAMLINE UNIVERSITY. October 9, 1944. Petitions for writs of certiorari to the Supreme Court of Minnesota denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *Mr. Frank J. Williams* for petitioner in No. 358, and *Messrs. James F. Lynch* and *Andrew R. Bratter* for petitioner in No. 359. *Messrs. G. A. Youngquist, D. E. Bridgman,* and *John F. D. Meighen* for respondent.

No. 123. KUCZYNSKI *v.* COX, WARDEN, U. S. MEDICAL CENTER. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Frank Kuczynski, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *Leon Ulman* for respondent.

No. 124. HANDLER *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Edward R. Handler, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 156. DOAK *v.* FEDERAL LAND BANK OF BALTIMORE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.